Michael P. Lehmann (77152)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
mlehmann@CMHT.com
One Embarcadero Center
Suites 526 A & B
San Francisco, CA 94111
Telephone: (415) 623-2047
Facsimile:  (415) 433-5994
[Additional counsel listed on signature page]

*Counsel for Plaintiff and the Proposed Class*

FILED
07 OCT 23 PM 3: 16
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KIM, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., <br><br> Defendants. | No. <br><br> **BZ** <br><br> **NOTICE OF RELATED CASES** <br><br> **Local Rule 3-13** |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-13, Plaintiff Peter Kim provides notice that *Kim v. Korean Air Lines Co., Ltd. et al.*, Case No. C -07-4016 *("Kim")*, involves all or a material part of the same subject matter and all or substantially all of the same parties as the following pending actions filed in this District:

1. *Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al.*, Case No. C 07-3985

2. *Hwa Ja Chung v. Korean Air Lines Co., Ltd.*, Case No. C 07-4016

3. *Ben Lee v. Korean Air Lines Go., Ltd.*, Case No. C 07-4085

- 1 -                                   NOTICE OF RELATED CASES

 4. *Yun Ghoi v. Korean Air Lines Go., Ltd.*, Case No. C 07-4173

 5. *Yoon S. Ghang v. Korean Air Lines Go., Ltd. et al.*, Case No. C 07-4244

 6. *Kirby Kim v. Korean Air Lines Go., Ltd.*, Case No. C 07-4245

 7. *Scott McLean v. Korean Air Lines Go, Ltd., et al.*, Case No. C 07-4297

 8. *Martin Kaufman v. Korean Air Lines Go., Ltd.*, Case No. C 07-4349

 9. *Bricker v. Korean Air Lines Go., Ltd. et al.*, Case No. C 07-4508

 10. *Lee v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4509-MMC

*Kim* also involves all or a material part of the same subject matter and all or substantially all of the same parties as following pending actions filed in other districts:

 1. *Kim v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1 1427 (D. Mass.)

 2. *Hyun Park et al. v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5 107 (C.D. Cal.)

 3. *Van Horn v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1228 (W.D. Wash.)

 4. *Pak v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1263 (W.D. Wash.)

 5. *Nam v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1264 (W.D. Wash.)

 6. *Moon et al. v. Korean Air Lines Go., Ltd.*, Case No. 07-cv- 1280 (W.D. Wash.)

 7. *Ghung v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1281 (W.D. Wash.)

 8. *Kim v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-1 294 (W.D. Wash.)

 9. *Desa Philadelphia v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5453 (C.D. Cal.)

 10. *Kim v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-3526 (E.D.N.Y.)

 11. *Kim et al. v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-1313 (W.D. Wash.)

 12. *Gliff Park v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-5561 (C.D. Cal.)

 13. *Laura Albee v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5593 (C.D. Cal.)

 14. *Kim v. Korean Air Lines Go., Ltd. et al.*, Case No. 07-cv-1337 (W.D. Wash.)

 15. *Heung-Ki Youn v. Korean Air Lines Go., Ltd.*, Case No. 07-cv-5583 (C.D. Cal.)

| | |
|---|---|
| Dated: October 23, 2007 | Respectfully submitted,<br><br>By: _/s/ Michael P. Lehmann_<br>Michael P. Lehmann (77152)<br>**COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.**<br>One Embarcadero Center<br>Suites 526 A & B<br>San Francisco, CA 94111<br>Telephone: (415) 623-2047<br>Facsimile: (415) 433-5994<br>mlehmann@CMHT.com<br><br>Steven A. Kanner<br>Douglas A. Millen<br>Michael E. Moskovitz<br>**FREED KANNER LONDON & MILLEN LLC**<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>Facsimile: (224) 632-4521<br>skanner@fklmlaw.com; dmillen@fklmlaw.com; mmoskovitz@fklmlaw.com<br><br>Andrew B. Sacks<br>John K. Weston<br>**SACKS & WESTON**<br>114 Old York Road<br>Jenkintown, Pennsylvania 19046<br>Telephone: (215) 925-8200<br>Facsimile: (215) 925-0508<br>ABS@sackslaw.com; JKW@sackslaw.com |