| | |
|---|---|
| 1 | Michael P. Lehmann (77152) |
| | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** |
| 2 | mlehmann@CMHT.com |
| | One Embarcadero Center |
| 3 | Suites 526 A & B |
| | San Francisco, CA  94111 |
| 4 | Telephone:  (415) 623-2047 |
| | Facsimile:   (415) 433-5994 |
| 5 | [Additional counsel listed on signature page] |

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KIM, individually and on behalf of all others similarly situated, | Case No. C-07-05409-BZ |
| Plaintiffs, | **NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that Plaintiff Peter Kim, pursuant to L.R. 12(b) and as defined by L.R. 1-5(m), is hereby lodging with the Court copies of the following documents, filed November 1, 2007 in *In re International Air Transportation and Surcharge Antitrust Litigation*, Master File No. M:06-1793-CRB, MDL No. 1793.

1. Administrative Motion to Consider Whether Cases Should Be Related.

2. [Proposed] Order Relating Cases.

3. Declaration of Michael P. Lehmann in Support of Administrative Motion to Consider Whether Cases Should Be Related.

NOTICE OF LODGING OF ADMINISTRATIVE MOTION TO RELATE CASES — - 1 -   CASE NO. C-07-05409-BZ

1

2   Dated: November 1, 2007                    Respectfully submitted,

3

4                                       By:    */s/ Michael P. Lehmann*
                                               Michael P. Lehmann (77152)
5                                              **COHEN, MILSTEIN, HAUSFELD
                                               & TOLL P.L.L.C.**
6                                              One Embarcadero Center
                                               Suites 526 A & B
7                                              San Francisco, CA 94111
                                               Telephone: (415) 623-2047
8                                              Facsimile: (415) 433-5994
                                               mlehmann@CMHT.com
9

10                                             Steven A. Kanner
                                               Douglas A. Millen
11                                             Michael E. Moskovitz
                                               **FREED KANNER LONDON &
12                                             MILLEN LLC**
                                               2201 Waukegan Road, Suite 130
13                                             Bannockburn, IL 60015
                                               Telephone: (224) 632-4500
14                                             Facsimile: (224) 632-4521
                                               skanner@fklmlaw.com; dmillen@fklmlaw.com;
15                                             mmoskovitz@fklmlaw.com

16

17                                             Andrew B. Sacks
                                               John K. Weston
18                                             **SACKS & WESTON**
                                               114 Old York Road
19                                             Jenkintown, Pennsylvania 19046
                                               Telephone: (215) 925-8200
20                                             Facsimile: (215) 925-0508
                                               ABS@sackslaw.com; JKW@sackslaw.com
21

22

23

24

25

26

27

28

NOTICE OF LODGING OF ADMINISTRATIVE             - 2 -      CASE NO. C-07-05409-BZ
MOTION TO RELATE CASES