1  Michael P. Lehmann (77152)
   **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
2  mlehmann@CMHT.com
   One Embarcadero Center
3  Suites 526 A & B
   San Francisco, CA  94111
4  Telephone:  (415) 623-2047
   Facsimile:    (415) 433-5994
5  [Additional counsel listed on signature page]

6  *Counsel for Plaintiffs and the Proposed Class*

7

8  # UNITED STATES DISTRICT COURT
   # NORTHERN DISTRICT OF CALIFORNIA
9

10

11  IN RE INTERNATIONAL AIR
    TRANSPORTATION SURCHARGE
12  ANTITRUST LITIGATION

13  **THIS DOCUMENT RELATES TO:**

14  *Won B. Kang and Joong H. Kang
     v. Korean Airlines Co., Ltd., et al.,*
15  Case No. C-07-05406-EMC

16  *Christopher James Lee and Yang Hee Lee
    v. Korean Airlines Co., Ltd., et al.,*
17  Case No. C-07-05407-VRW

18  *Peter Kim v. Korean Airlines Co., Ltd.,
    et al.,* Case No. C-07-05409-BZ
19

Master File No. M:06-1793-CRB

MDL No. 1793

**[PROPOSED] ORDER RELATING CASES**

The Honorable Charles R. Breyer

On November 1, 2007, Plaintiffs Won B. Kang, Joong H. Kang, Christopher James Lee, Yang Hee Lee and Peter Kim filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that the following cases are related:

*In re International Air Transportation Surcharge Litigation*, Master File No. M:06-1793-CRB, MDL No. 1793

*Kang v. Korean Air Lines Co. Ltd. et al*, No. C-07-5406-EMC

*Lee v. Korean Air Lines Co. Ltd. et al.*, No. C-07-5407-VRW

*Kim v. Korean Air Lines Co. Ltd. et al.*, No. C-07-5409-BZ

**IT IS SO ORDERED.**

Dated: _____    _____
                                The Honorable Charles R. Breyer
                                United States District Court