1    **COHEN, MILSTEIN,
     HAUSFELD & TOLL, P.L.L.C.**
2    Michael P. Lehmann (77152)
     e-mail:  mlehmann@cmht
3    One Embarcadero Center
     Suite 2440
4    San Francisco, CA  94111
     Telephone:  (415) 983-3321
5    Facsimile:  (415) 986-3643

6
     *Attorneys for Plaintiff*
7

8                        **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12   PETER KIM, individually and on behalf of  )      Case No. 3:07 CV 05409 CRB
     all others similarly situated,            )
13                                             )
                                 Plaintiffs,   )
14                                             )      Hon. Charles Breyer
     v.                                        )
15                                             )
     KOREAN AIR LINES CO., LTD., and           )
16   ASIANA AIRLINES, INC.,                    )
                                               )
17                              Defendants.    )
     _____       )
18

19                        **NOTICE OF CHANGE OF ADDRESS:**

20        Notice is hereby give that Plaintiff's counsel, Michael P. Lehmann, of Cohen Milstein

21   Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 526, San Francisco, CA 94111,

22   hereby changes his address effective immediately.  His new address is:

23

24                        Michael P. Lehmann
                          Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
25                        One Embarcadero Center, Suite 2440
                          San Francisco, CA 94111
26                        Tel:  (415) 983-3321
                          Fax  (415 986-3643
27

28

COHEN, MILSTEIN,     | Notice of Change of Address          | - 1 -
HAUSFELD & TOLL      | Case No. 3:07 CV 05409 CRB
P.L.L.C.

1

2                                                    Respectfully submitted,

3

4    Dated:  December 7, 2007                COHEN, MILSTEIN, HAUSFELD & TOLL,
                                             P.L.L.C.
5

6                                            */s/Michael P. Lehmann*
                                             Michael P. Lehmann
7                                            COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
                                             One Embarcadero Center.
8                                            Suite 2440
                                             San Francisco, CA  0094111
9                                            T:  (415) 986-3321
                                             F:  (415) 986-3643
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
   P.L.L.C.

Notice of Change of Address
Case No. 3:07 CV 05409 CRB                                          - 2 -