**COHEN, MILSTEIN,
HAUSFELD & TOLL, P.L.L.C.**
Michael P. Lehmann (77152)
e-mail: mlehmann@cmht
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 229-2080
Facsimile:  (415) 986-3643

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER KIM, individually and on behalf of all others similarly situated, ) ) | Case No. 3:07 CV 05409 CRB |
| Plaintiffs, ) ) | Hon. Charles Breyer |
| v. ) ) | |
| KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC., ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF CHANGE OF ADDRESS:

Notice is hereby give that Plaintiff's counsel, Michael P. Lehmann, of Cohen Milstein Hausfeld & Toll, P.L.L.C., One Embarcadero Center, Suite 2440, San Francisco, CA 94111, hereby changes his telephone number effective immediately.  His new telephone number is:

                Michael P. Lehmann
                Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
                One Embarcadero Center, Suite 2440
                San Francisco, CA 94111
                Tel:  (415) 229-2080
                Fax  (415 986-3643

1
2                                          Respectfully submitted,
3
4   Dated:  January 3, 2008                COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
5
6                                          */s/Michael P. Lehmann*
                                           Michael P. Lehmann
7                                          COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
                                           One Embarcadero Center.
8                                          Suite 2440
                                           San Francisco, CA  0094111
9                                          T:  (415) 229-2080
                                           F:  (415) 986-3643
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COHEN, MILSTEIN,
HAUSFELD & TOLL
   P.L.L.C.

Notice of Change of Address
Case No. 3:07 CV 05409 CRB                                                  - 2 -